[No. 32717-5-III. Division Three. January 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00077-3, Scott R. Sparks, J., entered August 4, 2014. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[Nos. 70300-5-I; 70301-3-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS M. CROWLEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER M. DETMERING, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 12-1-00279-0, Deborra Garrett, J., entered April 9, 2013. *Affirmed in part* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Cox and Trickey, JJ.

[No. 72001-5-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SLANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08211-0, Regina S. Cahan, J., entered May 22, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.